DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DALIA A. DIPPOLITO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-2395

[March 16, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey D. Gillen, Judge; L.T. Case No. 502009CF009771A.

Matthew R. McLain of McLain Law, P.A., Longwood, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and KUNTZ, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***